```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
MILTON FRITH,                   :
                                :
              Plaintiff,        :
                                :
       - v. -                   :
                                :          ORDER & JUDGMENT
MICHAEL J. ASTRUE,              :          03 Civ. 4134 (HB)
Commissioner of                 :
Social Security,                :
                                :
              Defendant.        :          ORIGINAL
                                :
- - - - - - - - - - - - - - - -x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/09

   WHEREAS, this action was remanded to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on September 18, 2003, and

   WHEREAS, on March 25, 2004, the Commissioner issued a favorable decision on plaintiff's application for benefits;

   IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to either party. The Clerk is directed to enter judgment.

Dated: New York, New York
       December 11, 2009

_____
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____